IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | | |
|---|---|---|
| **JUDITH SKIBA** | § | **PLAINTIFF** |
| | § | |
| v. | § | **CAUSE NO. 1:07CV481 LG-JMR** |
| | § | |
| **CHARLES YOUNG; MARGO LEWIS;** | § | |
| and **MARK ANDERSON** | § | **DEFENDANTS** |

## JUDGMENT

This matter having come on to be heard on Defendants' Motion to Dismiss and the Plaintiff's Response. The Court, after a review and consideration of the Motion and pleadings on file, finds that in accord with the order entered herewith,

**IT IS ORDERED AND ADJUDGED** that judgment is rendered in favor of the Defendants pursuant to Fed. R. Civ. P. 12(b)(6). All claims are dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 4th day of June, 2008.

s/ *Louis Guirola, Jr.*
LOUIS GUIROLA, JR.
UNITED STATES DISTRICT JUDGE